## No. 719
## JONES v. BOARD OF EDUCATION
Ohio Appeals, Van Wert County
Nos. 90 and 91. July 5, 1923

This opinion has not been published except in Abstract.

### 328. SCHOOLS.

Board of Education—No liability of to parent for cost of transporting pupils out of district, to a high school—Mandamus the remedy.

HUGHES, J.

### Epitomized Opinion

Each case was a suit by a father to recover the cost of transportion his children to a high school outside their school district because defendant Board had failed to provide work in high school branches within four miles of their residence, in accordance with 7764-I GC., and had failed to furnish transportation to a high school. In the Common Pleas demurrers to the petitions were sustained. Plaintiffs brought error to the Appeals Court. Held:

Nothing in the Code authorizes the parent of a pupil to provide school facilities for his children and charge it to the local board of education. The theory of plaintiffs' recovery must be implied a con-

tract. Plaintiffs had a remedy in mandamus to compel the Board to provide work as required by 7764-I GC. The demurrers were properly sustained. No error.

Attorneys—Clark Good, for plaintiffs; Carl P. Dunifon and S. E. Walters, for Board.